UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PAUL KLEYMAN,

      Plaintiff,

v.

LEVAS, INC., et al.,

      Defendants.

Case No. 19-cv-10970
Hon. Matthew F. Leitman

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice and without costs, sanctions, or attorneys fees.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 28, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764